# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| DEWAYNE LACORY CRAFT, | )<br>) |
| Plaintiff, | ) No. 13cv117 EJM<br>) |
| vs. | ) ORDER<br>) |
| STATE OF IOWA, | )<br>) |
| Defendant. | ) |

This matter is before the court on plaintiff's Petition for Habeas Corpus, filed October 31, 2013, and resisted Motion for Limited Remand, filed January 15, 2014. Denied.

Pro se plaintiff Craft, an inmate in Anamosa State Penitentiary convicted of second degree murder, brings this petition for habeas corpus asserting ineffective assistance of counsel. Pursuant to Rule 4 of the Rules Governing Section 2254 Cases, it is the court's view that the matter is better addressed following a response by defendant.

Plaintiff has made a motion "Under Rule 6.12(7)...for Limited Remand." This is a procedure for a defendant in a state appellate court to remand the case back to the state trial court; it is inappropriate in this court. Denied.

It is therefore

ORDERED

1. Motion for Limited Remand denied.

2. Defendant shall file an answer or dispositive motion by not later than Monday, April 28, 2014.

February 18, 2014.

_____
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT